**FILED**

**Sep 28, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   2:20-mj-0149 AC |
| Plaintiff, | |
| v. | SEALING ORDER |
| DANIEL STEWART, | **UNDER SEAL** |
| Defendant. | |

## ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated:  September 28, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE