McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL STEWART,<br><br>  Defendant. | CASE NO. 2:20-MJ-0149-AC<br><br>[PROPOSED] ORDER TO FILE REDACTED COPY OF AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |

The United States' motion to unseal portions of the affidavit in support of criminal complaint and keep any reference to the on-going criminal investigation sealed, and file a redacted copy of the sealed affidavit in support of criminal complaint is GRANTED.

DATED: October 2, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE