UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 02, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL STEWART,

    Defendant.

Case No.  2:20MJ00149-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIEL STEWART ,

Case No.  2:20MJ00149-AC  Charge 18USC § 1956(a)(3)(B) , from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

      xx   Unsecured Appearance Bond $  50,000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

      X   (Other): Pretrial conditions as stated on the record.

Issued at Sacramento, California on October 02, 2020 at 2:00 pm

By: _/s/ Allison Claire_____

Magistrate Judge Allison Claire