DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
(916) 447-8600 – Tel.
(916) 930-6482 – Fax
davefischer@yahoo.com - E-Mail

Attorney for Defendant
DANIEL STEWART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DANIEL STEWART<br>LUKE BURROUGHS,<br><br>             Defendants. | CASE NO.  2:20-CR-0194 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 4, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.     By previous order, this matter was set for status on December 3, 2020.

2.     By this stipulation, defendants now move to continue the status conference until March 4, 2021, and to exclude time between December 3, 2020, and March 4, 2021, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

    a)     The government has produced discovery associated with this case that includes 12793 Bates numbered documents.  This includes bank records; memoranda of interviews, audio recordings, and video recordings.  The government has also provided forensic images of electronic devices to the defense.

    b)     Counsel for defendants desire additional time to review the discovery for this matter, conduct investigation and research related to the charges, and to consult with their clients.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 3, 2020 to March 4, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 10, 2020    MCGREGOR SCOTT
             United States Attorney

             /s/ JUSTIN LEE
             JUSTIN LEE
             Assistant United States Attorney

Dated: November 10, 2020    /s/ DAVID D. FISCHER
             DAVID D. FISCHER
             Counsel for Defendant
             Daniel Stewart

Dated: November 10, 2020    /s/ CANDICE FIELDS
             CANDICE FIELDS
             Counsel for Defendant
             Luke Burroughs

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  December 2, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE