DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
(916) 447-8600 – Tel.
(916) 930-6482 – Fax
davefischer@yahoo.com - E-Mail

Attorney for Defendant
DANIEL STEWART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DANIEL STEWART<br>LUKE BURROUGHS,<br><br>            Defendants. | CASE NO.  2:20-CR-0194 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 24, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for status on March 4, 2021.  The Court continued this matter to by previous order to March 4, 2021.

2.  By this stipulation, defendants now move to continue the status conference until June 24, 2021, and to exclude time between March 4, 2021, and June 24, 2021, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery associated with this case that includes 12793 Bates numbered documents.  This includes bank records; memoranda of interviews, audio recordings, and video recordings.  The government has also provided forensic images of electronic devices to the defense.

    b) Counsel for defendants desire additional time to review the discovery for this matter, conduct investigation and research related to the charges, and to consult with their

STIPULATION RE: SPEEDY TRIAL ACT; ORDER                                          1

1  clients.

2        c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 4, 2021 to June 24, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 8, 2021

MCGREGOR SCOTT
United States Attorney

/s/ JUSTIN LEE
JUSTIN LEE
Assistant United States Attorney

Dated: March 8, 2021

/s/ DAVID D. FISCHER
DAVID D. FISCHER
Counsel for Defendant
Daniel Stewart

Dated:  March 8, 2021            /s/ CANDICE FIELDS
                                 CANDICE FIELDS
                                 Counsel for Defendant
                                 Luke Burroughs

### ORDER

The Court hereby adopts the stipulation of the parties as its order.  The March 18, 2021, status conference in this case is **VACATED** and **CONTINUED** to June 24, 2021.  Time shall be excluded for the reasons stated above between March 4, 2021, and **June 24, 2021, 10:00 a.m**.

**IT IS SO ORDERED**.

Dated:  March 11, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE: SPEEDY TRIAL ACT; ORDER      3