CANDICE L. FIELDS
Candice Fields Law
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Phone: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Luke Burroughs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DANIEL STEWART<br>LUKE BURROUGHS,<br><br>                    Defendants. | CASE NO.  2:20-CR-0194 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 24, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on March 18, 2021.  The Court continued this matter by previous order to June 24, 2021.

2. By this stipulation, defendants now move to continue the status conference until September 23, 2021, and to exclude time between June 24, 2021, and September 23, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery associated with this case that includes 12,793 Bates numbered documents.  This includes bank records; memoranda of interviews, audio recordings, and video recordings.  The government has also provided forensic images of electronic devices to the defense.

    b) Counsel for defendants desire additional time to review the discovery for this

1  matter, conduct investigation and research related to the charges, and to consult with their
2  clients.

3        c)      Counsel for defendants believe that failure to grant the above-requested
4  continuance would deny counsel the reasonable time necessary for effective preparation, taking
5  into account the exercise of due diligence.

6        d)      The government does not object to the continuance.

7        e)      Based on the above-stated findings, the ends of justice served by continuing the
8  case as requested outweigh the interest of the public and the defendant in a trial within the
9  original date prescribed by the Speedy Trial Act.

10        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11  et seq., within which trial must commence, the time period of June 24, 2021 to September 23,
12  2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
13  T4] because it results from a continuance granted by the Court at defendants' request on the basis
14  of the Court's finding that the ends of justice served by taking such action outweigh the best
15  interest of the public and the defendant in a speedy trial.

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION RE: SPEEDY TRIAL ACT; ORDER     2

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 9, 2021           PHIL TALBERT
                              Interim United States Attorney


                              /s/ JUSTIN LEE
                              JUSTIN LEE
                              Assistant United States Attorney

Dated: June 9, 2021           /s/ DAVID D. FISCHER
                              DAVID D. FISCHER
                              Counsel for Defendant
                              Daniel Stewart


Dated: June 9, 2021           /s/ CANDICE L. FIELDS
                              CANDICE L. FIELDS
                              Counsel for Defendant
                              Luke Burroughs


**ORDER**

IT IS SO ORDERED.

Dated: June 15, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE: SPEEDY TRIAL ACT; ORDER         3