CANDICE L. FIELDS
Candice Fields Law
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Phone: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Luke Burroughs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>DANIEL STEWART<br>LUKE BURROUGHS,<br><br>                                    Defendants. | CASE NO.  2:20-CR-0194 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 23, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on September 23, 2021.

2.      By this stipulation, defendants now move to continue the status conference until December 9, 2021, and to exclude time between September 23, 2021, and December 9, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced discovery associated with this case that includes 12,793 Bates numbered documents.  This includes bank records; memoranda of interviews, audio recordings, and video recordings.  The government has also provided forensic images of electronic devices to the defense.

        b)      Counsel for defendants desire additional time to review the discovery for this matter, conduct investigation and research related to the charges, and to consult with their

1    clients.

2        c)      Counsel for defendants believe that failure to grant the above-requested

3    continuance would deny counsel the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5        d)      The government does not object to the continuance.

6        e)      Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of September 23, 2021 to December

11   9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

12   Code T4] because it results from a continuance granted by the Court at defendants' request on

13   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

14   best interest of the public and the defendant in a speedy trial.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4

5        IT IS SO STIPULATED.

6

7  Dated:  September 20, 2021                    PHILLIP A. TALBERT
                                                 ACTING UNITED STATES
8                                                ATTORNEY

9                                                /s/ JUSTIN LEE
                                                 JUSTIN LEE
10                                               Assistant United States Attorney

11

12  Dated:  September 20, 2021                   /s/ DAVID D. FISCHER
                                                 DAVID D. FISCHER
13                                               Counsel for Defendant
                                                 Daniel Stewart
14

15

16  Dated:  September 20, 2021                   /s/ CANDICE L. FIELDS
                                                 CANDICE L. FIELDS
17                                               Counsel for Defendant
                                                 Luke Burroughs
18

19

20                              **ORDER**

21        IT IS SO ORDERED.

22  Dated:  September 21, 2021

23

24  _____
    MORRISON C. ENGLAND, JR.
25  SENIOR UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATION RE: SPEEDY TRIAL ACT; ORDER                    3