PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00194-KJM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DANIEL STEWART, and LUKE BURROUGHS, | DATE: December 9, 2021 TIME: 10:00 a.m. COURT: Hon. Kimberly J. Mueller |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on December 9, 2021, before the Honorable Morrison C. England, Jr.  On November 9, 2021, this matter was transferred to the Honorable Kimberly J. Mueller.  EFC 35.

2.      By this stipulation, defendants now move to continue the status conference until January 31, 2022, and to exclude time between December 9, 2021, and January 31, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes over 12,000 pages of discovery.  All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying.

b)        Counsel for defendants desire additional time consult with their clients, conduct investigation and research related to the charges, discuss potential resolution, and otherwise prepare for trial.

c)        Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)        The government does not object to the continuance.

e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 9, 2021 to January 31, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 17, 2021                    PHILLIP A. TALBERT
                                                             Acting United States Attorney


                                                             /s/ JUSTIN L. LEE
                                                             JUSTIN L. LEE
                                                             Assistant United States Attorney


Dated:  November 17, 2021                    /s/ CANDICE FIELDS
                                                             CANDICE FIELDS
                                                             Counsel for Defendant Luke Burroughs


Dated:  November 17, 2021                    /s/ DAVID FISCHER
                                                             DAVID FISCHER
                                                             Counsel for Defendant Daniel Stewart


                              **FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of November, 2021.


                                                             _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE