1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO.  2:20-CR-00194-DJC

12                   Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                      TIME PERIODS UNDER SPEEDY TRIAL
13          v.                        ACT; FINDINGS AND ORDER

14 DANIEL STEWART, and                DATE: June 26, 2023
   LUKE BURROUGHS,                    TIME:  9:00 a.m.
15                                    COURT: Hon. Daniel J. Calabretta
                     Defendants.
16

17
                            **STIPULATION**
18
           1.    By previous order, this matter was set for status on June 26, 2023.  This
19
   matter was subsequently transferred from Chief Judge Kimberly J. Mueller to the
20
   Honorable Daniel J. Calabretta.
21
           2.    By this stipulation, defendants now move to continue the status conference
22
   until August 31, 2023, and to exclude time between June 26, 2023, and August 31, 2023,
23
   under Local Code T4.
24
           3.    The parties agree and stipulate, and request that the Court find the
25
   following:
26
                 a)    The government has represented that the discovery associated with
27
   this case includes over 12,000 pages of discovery.  All of this discovery has been
28
   either produced directly to counsel and/or made available for inspection and

copying.

b)    Counsel for the defendants desire additional time consult with their clients, conduct investigation and research related to the charges, discuss potential resolution, and otherwise prepare for trial.

c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 26, 2023 to August 31, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2    provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3    the period within which a trial must commence.

4        IT IS SO STIPULATED.

5

6

7    Dated:  June 27, 2023                    PHILLIP A. TALBERT
                                              United States Attorney
8

9                                            /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
10                                           Assistant United States Attorney

11

12   Dated:  June 27, 2023                    /s/ CANDICE FIELDS
                                             CANDICE FIELDS
13                                           Counsel for Defendant Luke Burroughs

14
     Dated:  June 27, 2023                    /s/ DAVID FISCHER
15                                           DAVID FISCHER
                                             Counsel for Defendant Daniel Stewart
16

17

18              **[PROPOSED] FINDINGS AND ORDER**

19       IT IS SO FOUND AND ORDERED this 28th day of June 2023.

20

21                                           /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
22                                           UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME              3
PERIODS UNDER SPEEDY TRIAL ACT