CANDICE L. FIELDS
Candice Fields Law, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Phone: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Luke Burroughs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DANIEL STEWART<br>LUKE BURROUGHS,<br><br>　　　　　　　Defendants. | CASE NO.  2:20-CR-0194 KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 31, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1.　By previous order, this matter was set for status on August 31, 2023.

2.　By this stipulation, defendants now move to continue the status conference until November 16, 2023, and to exclude time between August 31, 2023, and November 16, 2023, under Local Code T4.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has produced discovery associated with this case that includes 12,793 Bates numbered documents.  This includes bank records; memoranda of interviews, audio recordings, and video recordings.  The government has also provided forensic images of electronic devices to the defense.

　　b)　Counsel for defendants have had a substantive meeting with the government for the purpose of discussing issues relevant to the case. The parties desire

additional time to address certain matters that were discussed at the meeting. Counsel for defendants also desire additional time to review the discovery for this matter, conduct investigation and research related to the charges, and to consult with their clients.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 31, 2023 to November 16, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

| | |
|---|---|
| Dated: August 28, 2023 | PHILLIP A. TALBERT<br>UNITED STATES ATTORNEY |
| | /s/ JUSTIN LEE<br>JUSTIN LEE<br>Assistant United States Attorney |
| Dated: August 28, 2023 | /s/ DAVID D. FISCHER<br>DAVID D. FISCHER<br>Counsel for Defendant<br>Daniel Stewart |
| Dated: August 28, 2023 | /s/ CANDICE L. FIELDS<br>CANDICE L. FIELDS<br>Counsel for Defendant<br>Luke Burroughs |

IT IS SO FOUND AND ORDERED this 28th day of August, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE