CANDICE L. FIELDS
Candice Fields Law, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Phone: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Luke Burroughs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL STEWART<br>LUKE BURROUGHS,<br><br>　　　　　　　　　　Defendants. | CASE NO.  2:20-CR-0194 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 18, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1.　By previous order, this matter was set for change of plea hearing on January 18, 2024.

2.　By this stipulation, defendants now move to continue the change of plea hearing until January 25, 2024, at 9:00 a.m., and to exclude time between January 18, 2024, and January 25, 2024, under Local Code T4.

3.　The parties agree and stipulate, and request that the Court find the following:

a)　The government has produced discovery associated with this case that includes 12,793 Bates numbered documents.  This includes bank records; memoranda of interviews, audio recordings, and video recordings.  The government has also provided forensic images of electronic devices to the defense.

b)　The defendants have each accepted a plea offer and forwarded to the government signed plea agreements.

        c)        Counsel for defendant Dan Stewart, David Fischer, is currently in trial and anticipates that he will be unavailable to appear on the currently set date for entry of defendant Stewart's change of plea. Attorney Fischer believes that failure to grant a continuance would unreasonably deny defendant Stewart continuity of counsel, given counsel's other scheduled case commitment, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

        d)        The defendants wish to coordinate their court appearances so that defendant Luke Burroughs can assist defendant Stewart who utilizes the aid of a mobility scooter. Therefore, both defendants seek to continue their respective change of plea hearing to January 25, 2024.

        e)        The government does not object to the continuance.

        f)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 18, 2024 to January 25, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

        4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER     2

Dated: January 16, 2024                          PHILLIP A. TALBERT
                                                 UNITED STATES ATTORNEY

                                                 /s/ JUSTIN LEE
                                                 JUSTIN LEE
                                                 Assistant United States Attorney

Dated: January 16, 2024                          /s/ DAVID D. FISCHER
                                                 DAVID D. FISCHER
                                                 Counsel for Defendant
                                                 Daniel Stewart

Dated: January 16, 2024                          /s/ CANDICE L. FIELDS
                                                 CANDICE L. FIELDS
                                                 Counsel for Defendant
                                                 Luke Burroughs

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of January, 2024.

                                                 /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE