CANDICE L. FIELDS
Candice Fields Law
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Phone: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Luke Burroughs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DANIEL STEWART<br>LUKE BURROUGHS,<br><br>      Defendants. | CASE NO.  2:20-CR-0194 DJC<br><br>STIPULATION TO CONTINUE SENTENCING HEARINGS; FINDINGS AND ORDER<br><br>DATE: May 9, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1. By previous order, this matter was set for sentencing hearings for both defendants on May 9, 2024.

2. By this stipulation, each defendant now moves to continue his sentencing hearings until August 15, 2024 at 9:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

 a) On February 2, 2024, each defendant waived Indictment and entered a guilty plea to a Superseding Information to a single count of Violation of 18 U.S.C. § 371 – Conspiracy to Defraud the United States.

 b) Due to delays in scheduling each defendant's probation interview (attributable to both the probation officer's and counsel's respective family emergencies and other pressing business matters), each defendant's probation interview did not occur until May 2024 (defendant

Stewart's interview was conducted on May 2; defendant Burroughs' interview is scheduled to occur on May 9). Pursuant to Federal Rule of Criminal Procedure 32, the probation officer and counsel, respectively, require time to draft and respond to the presentence report.

    c)    The government does not object to the continuance.

    d)    Based on the above-stated findings, good cause exists to continue each defendant's sentencing hearing in this matter.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 6, 2024 | PHILLIP A. TALBERT<br>UNITED STATES ATTORNEY<br><br>/s/ JUSTIN LEE<br>JUSTIN LEE<br>Assistant United States Attorney |
| Dated: May 6, 2024 | /s/ DAVID D. FISCHER<br>DAVID D. FISCHER<br>Counsel for Defendant<br>Daniel Stewart |
| Dated: May 6, 2024 | /s/ CANDICE L. FIELDS<br>CANDICE L. FIELDS<br>Counsel for Defendant<br>Luke Burroughs |

**FINDINGS AND ORDER**

Good cause appearing, it is ORDERED that the sentencing hearings of defendant Stewart and defendant Burroughs shall be continued to August 15, 2024 at 9:00 a.m.

| | |
|---|---|
| Dated: May 7, 2024 | /s/ Daniel J. Calabretta<br>THE HONORABLE DANIEL J. CALABRETTA<br>UNITED STATES DISTRICT JUDGE |